HARRY MAMLOK et al., Respondents, *v.* RICHARD L. FRANKLIN, Receiver, etc., Appellant.

(Argued October 11, 1874; decided January term, 1875.)

THIS was an action upon a policy of insurance issued by the Yonkers and New York Fire Insurance Company, of which company defendant is receiver. The policy was upon a stock of goods. The policy stated the distance of the store contain-

ing them from other buildings near.   The uncontradicted evidence, as the court construed it, showed that the distances to the buildings specified were less than stated in the policy. *Held*, that this was a breach of warranty, and that the trial court erred in refusing to nonsuit plaintiff.

*Thos. Young* for the appellant.

*Chas. H. Winfield* for the respondents.

GRAY, C., reads for reversal and new trial.
All concur.
Judgment reversed.